```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 08300
   MAUREEN L HANNAH
                                         CHAPTER 13

                                         JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-1273
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/06/08 .

2. The case was dismissed without confirmation, 10/01/2008.

3. The Debtor paid a total of $   5410.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | 83.33 | .00 | 83.33 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 83.33 | .00 | .00 | .00 | 83.33 |
| PRINCIPAL PAID | 83.33 | .00 | .00 | .00 | 83.33 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 83.33 | .00 | .00 | .00 | 83.33 |

The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3500.00 and was paid $    526.00  direct and $   2974.00  through the plan.

The Trustee received $    171.57 .

Refunds to the Debtor totaled $    2181.10 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                          PAGE   2
     CASE NO. 08 B 08300 MAUREEN L HANNAH
```